1  **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   Darrel Eston Lee,                )   No. CV-04-039-PHX-MHM
                                     )
10             Petitioner,            )   <u>DEATH PENALTY CASE</u>
                                     )
11  vs.                              )
                                     )
12  Charles L. Ryan, et al.,[1]       )   **ORDER**
                                     )
13            Respondents.           )
                                     )
14  _____ )

15

16      To ensure efficient review and adjudication of Petitioner's federal habeas claims it is

17  essential that the Court have a copy of the entire state court record. The Court has

18  determined that certain records/documents have not yet been provided. For the above stated

19  reason,

20      **IT IS HEREBY ORDERED** that counsel for the Respondents, the Arizona Attorney

21  General's Office, submit a Notice of Filing of (1) Petitioner's Supplement to Pre-sentencing

22  Memorandum, filed 2/17/93 (Doc. 96); (2) Letter from Defendant, filed 2/17/93 (Doc. 97);

23  (3) Presentence Report, filed 3/1/93 (Doc. 98); (4) Exhibits from the Aggravation Mitigation

24  Hearing held on February 10, 1993, Ex. 1, 2, 4, 5, and 6. The Arizona Supreme Court

25  / / /

26  / / /

27  _____

28      [1]      Charles L. Ryan is substituted for Dora B. Schriro, as Director, Arizona
    Department of Corrections. Fed. R. Civ. P. 25(d)(1).

1  numbers for this case are:  No. CR-93-0111-AP & CR-93-0323-T/AP.  The superior court

2  number for this case is: La Paz County Superior Court No. CR-92-01-13.

3      DATED this 10th day of August, 2010.

4

5

6  _____

7                    Mary H. Murguia
              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28